**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BROTHERHOOD OF RAILROAD SIGNALMEN,<br><br>Plaintiff<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY<br><br>Defendant. | Case No: 3:23-cv-00014-LRH-CLB<br><br>**ORDER GRANTING EXTENSION TIME TO ANSWER**<br><br>**(FIRST REQUEST)** |

Defendant, Union Pacific Railroad Company ("Union Pacific") and Plaintiff, Brotherhood of Railroad Signalmen ("BRS"), hereby stipulate for an extension of time for Union Pacific to answer the Complaint, and in support whereof avers as follows:

1. BRS filed its Complaint in this action (ECF No. 1) on January 10, 2023, and served it upon Union Pacific's registered agent on January 18, 2023.

2. The deadline for Union Pacific to answer BRS' Complaint is February 8, 2023.

3. The parties have conferred and, due to the nature of the legal and factual issues presented by BRS' Complaint, as well as BRS' Motion for Summary Judgment filed on January 27, 2023 (ECF No. 8), the parties agree to a continuation of the date for Union Pacific to answer BRS' Complaint to March 10, 2023.

///

///

///

4. Due to the aforementioned, this stipulation is supported by good cause and is not for purposes of delay.

**IT IS SO STIPULATED.**

Dated: February 6, 2023                               Dated: February 6, 2023


/s/ Karl O. Riley
COZEN O'CONNOR
Karl O. Riley (Nevada Bar No. 12077)
koriley@cozen.com
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169
Telephone: 702-470-2314
Facsimile: 702-470-2351

/s/ Michael E. Langton
Michael E. Langton (Nevada Bar No. 290)
Law Offices of Michael E. Langton
801 Riverside Drive
Reno, NV 89503
mlangton@sbcglobal.net

Richard S. Edelman (admitted pro hac vice)
Mooney, Green, Saindon, Murphy & Welch, P.C.
1920 L. Street NW, Suite 400
Washington, DC 20036
202-783-0010
Redelman@MooneyGreen.com

**ORDER**

For good cause appearing,

**IT IS SO ORDERED.**

Dated: February 6, 2023

_____
UNITED STATES MAGISTRATE JUDGE

2