# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BROTHERHOOD OF RAILROAD SIGNALMEN,<br><br>Plaintiff<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY<br><br>Defendant. | Case No: 3:23-cv-00014-LRH-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

Defendant Union Pacific Railroad Company ("Union Pacific") and Plaintiff Brotherhood of Railroad Signalmen ("BRS") stipulate for an extension of time for Union Pacific to respond to BRS' Motion for Summary Judgment (ECF No. 8), and in support whereof avers as follows:

1. BRS filed its Complaint in this action (ECF No. 1) on January 10, 2023, and served it upon Union Pacific's registered agent on January 18, 2023.  Union Pacific filed its answer March 10, 2023 (ECF No. 14).

2. On January 27, 2023, BRS filed its Motion for Summary Judgment (Motion) (ECF No. 8).  On February 7, 2023, the parties submitted their first stipulation to extend time to respond to the Motion to March 31, 2023 (ECF No. 12).  The Court granted this stipulation on February 7, 2023 (ECF No. 13).

3. Due to scheduling conflicts and the nature of the legal and factual issues presented by the Motion, the parties agree to a continuation of the date for Union Pacific to respond to the Motion to April 7, 2023.

///

4.  The parties further agree that the time for BRS to file its reply to the Motion will be extended to May 5, 2023.

5.  This stipulation is for good cause, is supported by excusable neglect, and not for purposes of delay.

**IT IS SO STIPULATED.**

Dated: March 28, 2023                              Dated: March 28, 2023

/s/ Karl O. Riley                                        /s/ Richard S. Edelman
COZEN O'CONNOR                              Michael E. Langton (Nevada Bar No. 290)
Karl O. Riley (Nevada Bar No. 12077)      Law Offices of Michael E. Langton
koriley@cozen.com                                 801 Riverside Drive
3753 Howard Hughes Parkway, Suite 200  Reno, NV  89503
Las Vegas, NV 89169                              mlangton@sbcglobal.net
Telephone: 702-470-2314
Facsimile: 702-470-2351                           Richard S. Edelman (admitted pro hac vice)
                                                                Mooney, Green, Saindon, Murphy & Welch, P.C.
                                                                1920 L. Street NW, Suite 400
                                                                Washington, DC  20036
                                                                202-783-0010
                                                                Redelman@MooneyGreen.com

**ORDER**

For good cause appearing,

**IT IS SO ORDERED.**

DATED this 28th day of March, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2