UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BROTHERHOOD OF RAILROAD SIGNALMEN<br><br>*Plaintiff,*<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY<br><br>*Defendant* | Case No. 3:23-cv-00014-LRH-CLB<br><br>**ORDER GRANTING UNOPPOSED MOTION OF THE BROTHERHOOD OF RAILROAD SIGNALMEN FOR EXTENSIONOF BRIEFING SCHEDULE** |

The Brotherhood of Railroad Signalmen ("BRS") hereby moves the Court for an extension of the briefing schedule in this case on the parties' cross- motions for summary judgment. This requested extension is not opposed by the Union Pacific Railroad ("UP"). Further, the parties have agreed to propose to the court that they each file only one more brief on the cross-motions, with each brief to be within the page limits permitted for briefs in opposition

to summary judgment motions; the instant motion for an extension of the briefing schedule is consistent with that agreement. In further support of this motion, BRS states as follows:

1. BRS filed its motion for summary judgment on January 27, 2023.

2. UP filed its opposition to BRS' motion and a cross-motion for summary judgment on April 7, 2023.

3. Currently, BRS' reply to UP's opposition brief is due on April 21, 2023 and BRS' opposition to UP's summary judgment motion is due on April 28, 2023.

4. As noted above, the parties have agreed that they each need to file only one more brief.

5. With UP's consent, BRS therefore moves the Court for an extension of its time to file its opposition brief, and for UP to file its reply brief (with the page limits allowed for opposition briefs so the parties will be subject to the same page limitations) as follows:

    a. BRS will file its opposition to UP's summary judgment motion on or before May 8, 2023;

    b. UP will file its reply in support of its cross-motion for summary judgment on or before June 9, 2023.

Based upon the foregoing, BRS respectfully requests that this motion be granted, and that BRS be granted leave to file its opposition to UP's summary judgment motion on or before May 8, 2023; and that UP be granted leave to file its reply in support of its summary judgment motion on or before June 9, 2023 (subject to the page limit for opposition briefs).

                      Respectfully submitted,

                        */s/ Michael E. Langton*
                        Michael E. Langton
                        Nevada Bar No. 290
                        Law Offices of Michael E. Langton

801 Riverside Drive
Reno, NV 89503
mlangton@sbcglobal.net

*/s/ Richard S. Edelman*
Richard S. Edelman,
D.C. Bar No. 416348
*(petition pursuant to LR IA 11-2 granted)*
Mooney, Green, Saindon, Murphy and Welch, P.C.
1920 L. Street, N.W., Suite 400
Washington, DC 20036
Telephone: (202) 783-0010
rsedelman@mooneygreen.com

Attorneys for Plaintiff,
Brotherhood Of Railroad Signalmen

## ORDER

For good cause appearing,

IT IS SO ORDERED.

Dated this 14th day of April, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE