IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEVADA

| | |
|---|---|
| BROTHERHOOD OF RAILROAD SIGNALMEN<br><br>*Plaintiff,*<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY<br><br>*Defendant* | Case No. 3:23-cv-00014-LRH-CLB<br><br>**ORDER GRANTING UNOPPOSED MOTION OF THE BROTHERHOOD OF RAILROAD SIGNALMEN FOR EXTENSION OF BRIEFING SCHEDULE** |

The Brotherhood of Railroad Signalmen ("BRS") has moved the Court for an extension of the briefing schedule in this case on the parties' cross- motions for summary judgment. This requested extension is not opposed by the Union Pacific Railroad ("UP"). In support of its motion BRS states:

1. BRS filed its motion for summary judgment on January 27, 2023.

2. UP filed its opposition to BRS' motion and a cross-motion for summary judgment on April 7, 2023.

3. Pursuant to a previously granted motion regarding briefing in this case, BRS' brief in reply to UP's opposition brief and in opposition to UP's summary judgment motion is due on or before May 8, 2023; and UP's reply in support of its cross-motion for summary judgment on or before June 9, 2023.

4. BRS requests a one-week extension of the briefing schedule so that BRS' brief in reply to UP's opposition brief and in opposition to UP's summary judgment motion is due on or before May 15, 2023; and UP's reply in support of its cross-motion for summary judgment is due on or before June 16, 2023.

5. BRS requests this extension because of other commitments of its counsel, Richard Edelman. Since the filing of UP's opposition to BRS' motion for summary judgment motion, and UP's own motion for summary judgment, Mr. Edelman filed a summary judgment motion and brief in *Wisconsin Central Ltd v. Brotherhood of Maintenance of Way Employes Division/IBT*, N.D. Il, case no. 1:23-cv-00291 on April 21, 2023, and an opposition to a motion to dismiss in *International Brotherhood of Electrical Workers et al v. BNSF Railway Company*, W.D. Mo. Case no. 3:23-cv-05012-BP also on April 21, 2023. Additionally, Mr. Edelman is committed to attend a BRS Grand Executive Council meeting on May 2-5, 2023.

BRS respectfully requests that its motion be granted, and that BRS be granted leave to file its opposition to UP's summary judgment motion on or before May 15, 2023; and that UP be granted leave to file its reply in support of its summary judgment motion on or before June 16, 2023 (subject to the page limit for opposition briefs).

For good cause appearing,

IT IS SO ORDERED.

Dated this 1st day of May, 2023.

_____
Larry R. Hicks
United States District Judge