**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEVADA**

| | |
|---|---|
| BROTHERHOOD OF RAILROAD SIGNALMEN, ) <br> ) <br> *Plaintiff*, ) <br> v. ) <br> ) <br> UNION PACIFIC RAILROAD COMPANY, ) <br> ) <br> Defendant. ) | **Case No. 3:23-cv-00014** <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff, Brotherhood of Railroad Signalmen and Defendant, Union Pacific Railroad Company hereby stipulate to the dismissal with prejudice of the complaint Plaintiff filed in this case,

///

///

///

1

with each party to bear its own fees and costs.

Respectfully submitted this 12th day of May, 2023.

/s/ Michael E. Langton
Michael E. Langton
Nevada Bar No. 290
801 Riverside Drive
Reno, NV 89503
mlangton@sbcglobal.net

/s/ Richard S. Edelman
Richard S. Edelman
Aaron S. Edelman
Mooney, Green, Saindon, Murphy
& Welch, P.C.
1920 L Street NW, Suite 400
Washington, DC  20036
(202) 783-0010
Redelman@MooneyGreen.com

*Counsel for Plaintiff
Brotherhood of Railroad
Signalmen*

/s/Karl O. Riley
Karl O. Riley
Cozen O'Connor
3753 Howard Hughes Pkwy, #200
Las Vegas, NV 89169
**koriley@cozen.com**

/s/ Andrew J. Rolfes
Robert S. Hawkins
Andrew J. Rolfes
Cozen O'Connor
1650 Market Street,
Suite 2800
Philadelphia, PA 19103
(215) 665-2177 (phone)
rhawkins@cozen.com
**arolfes@cozen.com**

*Counsel for Defendant
Union Pacific
Railroad Company*

## ORDER

IT IS HEREBY ORDERED that pursuant to the the Stipulation for Dismissal this action is dismissed with prejudice. Each party shall bear their own costs and fees.

IT IS ORDERED that Plaintiff's Motion for Summary Judgment (ECF No. 8) and Defendant's Motion for Summary Judgment (ECF No. 23) are DENIED AS MOOT.

IT IS FURTHER ORDERED that the Clerk of the Court enter final judgment accordingly, dismiss the action, and close the case.

IT IS SO ORDERED.

DATED this 15th day of May, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE